United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

RANDY DEWAYNE PITTMAN,

Defendant.

Case No. 21-cr-00418-HSG-1

**ORDER RE: DKT. NO. 36**

Defendant Pittman submitted a letter to the Court, filed on May 11, 2022 under seal as Dkt. No. 36.  Defendant is advised that the Court cannot and will not consider pro se letters, given that Defendant is represented.  Defendant should consult with his counsel regarding any matters he wants to raise with the Court, and any such matters must be presented by counsel.

**IT IS SO ORDERED.**

Dated:  5/12/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge