UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PITTMAN,<br><br>　　　　　Defendant. | Case No. 21-cr-00418-HSG-1<br><br>**ORDER DENYING DEFENDANT'S MOTION TO AMEND FINAL JUDGMENT**<br><br>Re: Dkt. No. 174 |

　　Before the Court is Defendant's motion to amend final judgment. Dkt. No. 174. The government opposes the motion. Dkt. No. 177. No adequate legal basis having been shown for the relief requested, the Court **DENIES** the motion.

　　**IT IS SO ORDERED.**

Dated:　7/25/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge